Jeff Silvestri, Esq. (NSBN 5779)
Laura R. Jacobsen, Esq. (NSBN 13699)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHANTÉ ELIASZADEH, an individual, on behalf of herself and those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Delaware Corporation; CAESARS ENTERTAINMENT, INC., a Delaware Corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No.: 2:21-cv-00065- JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

The undersigned counsel of record for Plaintiff, Chanté Eliaszadeh and Defendants Caesars Entertainment Corporation, a Delaware Corporation and Caesars Entertainment, Inc., a Delaware Corporation  ("Defendants" ) stipulate to extend the deadline for Defendants to answer or otherwise respond to the Complaint to March 1, 2021.

This is the parties' first request to extend this deadline as the Defendants require additional time to review the claims and investigate the facts. The request is not made for the purpose of delay.

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

DATED this 11th day of February 2021.

BEN'S LAW

By: _____
    Ben Lehavi, Esq.
    Nevada Bar No. 14564
    5940 South Rainbow Boulevard
    Las Vegas, Nevada 89118
    info@benslaw.com
    *Attorney for Plaintiff*

MCDONALD CARANO LLP

By: */s/ Jeff Silvestri*
    Jeff Silvestri, Esq. (NSBN 5779)
    Laura R. Jacobsen, Esq. (NSBN 13699)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    jsilvestri@mcdonaldcarano.com
    ljacobsen@mcdonaldcarano.com
    *Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 2-18-2021 _____